Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chris.richardson@wilsonelser.com
*Attorneys for Defendants Easter Seals Nevada,
Christine Zack and Brian Patchett*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISA CLARK, an individual, | CASE NO.: 2:19:-cv-00941- GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO VACATE AND RESCHEDULE EARLY NEUTRAL EVALUATION** |
| EASTER SEALS NEVADA, a domestic corporation; CHRISTINE ZACK, an individual; BRIAN PATCHETT, an individual; | **(First Request)** |
| Defendants. | |

Defendants Easter Seals Nevada ("Easter Seals"), Christine Zack ("Zack") and Brian Patchett ("Patchett"), by and through their counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and Plaintiff Marisa Clark, by and through her counsel of record Mullins & Trechak, Attorneys at Law, hereby stipulate and request that the Early Neutral Evaluation ("ENE") currently scheduled for September 19, 2019, be vacated and rescheduled to any of the following proposed dates:

1. October 7, 2019;
2. October 8, 2019;
3. October 9, 2019; or
4. October 10, 2019.

Pursuant to LR IA 6-1, this is the first stipulation to request to vacate and reschedule the

1498025v.1

ENE. Defendant Zack may have an all-day conference on September 19th, thus would be unable to attend, and she is the representative of Easter Seals. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 31st day of July, 2019.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

 /s/ Sheri M. Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants Easter Seals Nevada, Christine Zack and Brian Patchett*

DATED this 31st day of July, 2019.

MULLINS & TRENCHAK, ATTORNEYS
AT LAW

 /s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 009924
Victoria C. Mullins, Esq.
Nevada Bar No. 013546
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Marisa Clark*

IT IS ORDERED that the parties' stipulation to continue the ENE (ECF No. 16) is GRANTED. The ENE is reset for October 8, 2019. Plaintiff must report to Judge Weksler's chambers at 8:30 a.m. Defendants must report to Judge Weksler's chambers at 9:00 a.m. ENE briefs are due on October 1, 2019. All other provisions of the court's original scheduling order (ECF No. 14) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 6, 2019

Page 2 of 2
1498025v.1