PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Marisa Clark*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISA CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EASTER SEALS NEVADA, a domestic corporation; CHRISTINE ZACK, an individual; BRIAN PATCHETT, an individual;<br><br>Defendants. | CASE NO.: 2:19-cv-00941-APG-NJK<br><br>**SECOND STIPULATED AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT OR TO FILE A RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

Plaintiff, MARISA CLARK (hereinafter "Plaintiff"), by and through her attorneys, Philip J. Trenchak, Esq. and Victoria C. Mullins, Esq., of Mullins & Trenchak, Attorneys at Law and Defendants EasterSeals Nevada, Christine Zack, and Brian Patchett by and through Sheri M .Thome, Esq. and Chris Richardson, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. do hereby stipulate to extend the time Plaintiff has to file a Second Amended Complaint or to file A Response to The Defendant's Motion to Dismiss [Docket No. 25] the Amended Complaint [Docket No. 15]. The Response is currently due on September 10, 2019. The parties do hereby stipulate to a fourteen (14) day extension which would give Defendant up to and including September 24, 2019 to file A Second Amended Complaint

1

or a Response to the Motion to Dismiss the First Amended Complaint.

Good cause exists for the extension as plaintiff wishes time to determine potential amendment of the Complaint. Defendant has also brought up potential Rule 11 issues that Plaintiff is contemplating as well.

Dated this 9th day of September, 2019.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**

/s/Sheri Thome, Esq
Sheri Thome, Esq.
Nevada State Bar No. 8657
300 Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: (702) 727-1400
Sheri.thome@wilsonelser.com
*Attorney for Defendant*

IT IS ORDERED that the parties stipulation to allow the Plaintiff up to and including September 24, 2019 to File a Second Amended Complaint or to file a Response to the Motion to Dismiss the First Amended Complaint is GRANTED. The Plaintiff must file a Second Amended Complaint or file a Response to the First Amended Complaint by September 24, 2019.

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: September 10, 2019.