PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Marisa Clark*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISA CLARK, an individual, | CASE NO.: 2:19-cv-00941-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION CURRENTLY SCHEDULED FOR OCTOBER 8, 2019** |
| EASTER SEALS NEVADA, a domestic corporation; CHRISTINE ZACK, an individual; and BRIAN PATCHETT, an individual, | **(SECOND REQUEST)** |
| Defendants. | |

Defendants Easter Seals Nevada ("Easter Seals"), Christine Zack ("Zack") and Brian Patchett ("Patchett"), by and through their counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and Plaintiff Marisa Clark, by and through her counsel of record Mullins & Trenchak, Attorneys at Law, hereby stipulate and request that the Early Neutral Evaluation ("ENE") currently scheduled for October 8, 2019, be vacated and rescheduled to any of the following proposed dates:

1. November 5, 2019;
2. November 6, 2019;
3. November 7, 2019;
4. November 12, 2019; or
5. November 13, 2019.

1521675v.1

Pursuant to LR IA 6-1, this is the second stipulation to request to vacate and reschedule the ENE. The parties contemplated an extension of time for Defendants to Respond to Discovery Requests and a miscommunication resulted wherein all of the Responses would be received after the ENE Session on October 8, 2019.  Defendants' main witness is not available to participate in answering these Responses and the Extension was given until October 31, 2019.  The parties believe that these responses will be instrumental in assisting the parties to constructively participate in the ENE Session.  The parties are aware that there is a fourteen (14) day requirement for extensions to be requested but the miscommunication did not come to light until Sunday, September 29, 2019, and this Stipulation was then agreed to by the parties. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 30th day of September, 2019.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*_____
Sheri M. Thome, Esq
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
*Attorneys for Defendants Easter Seals Nevada, Christine Zack and Brian Patchett*

DATED this 30th day of September, 2019.

MULLINS & TRENCHAK, ATTORNEYS AT LAW

*/s/ Philip J. Trenchak*_____
Philip J. Trenchak, Esq.
Nevada Bar No. 009924
Victoria C. Mullins, Esq.
Nevada Bar No. 013546
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Marisa Clark*

IT IS ORDERED that the ENE is reset for November 12, 2019.  Plaintiff must arrive at 9:30 a.m.   Defendants must arrive at 10:00 a.m. ENE statements are due by 4:00 p.m. on November 5, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

October 2, 2019
DATED: _____

2

1521675v.1