Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chris.richardson@wilsonelser.com
*Attorneys for Defendants Easter Seals Nevada,*
*Christine Zack and Brian Patchett*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISA CLARK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASTER SEALS NEVADA, a domestic corporation; CHRISTINE ZACK, an individual; BRIAN PATCHETT, an individual;<br><br>Defendants. | CASE NO.: 2:19:-cv-00941-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants Easter Seals Nevada ("Easter Seals"), Christine Zack ("Zack") and Brian Patchett ("Patchett"), by and through their counsel of record Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiff Marisa Clark, by and through her counsel of record, Mullins & Trenchak, Attorneys at Law, hereby stipulate and agree to extend the deadline for Defendants to file a Response to Plaintiff's Second Amended Complaint up to and including October 29, 2019.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension due to the intervening Jewish holidays.

///

///

///

///

1525567v.1

1 | This is the parties' first request for extension of the deadline.

2 | DATED this 8th day of October, 2019.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

 _/s/ Sheri M. Thome_____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants Easter Seals Nevada,
Christine Zack and Brian Patchett*

DATED this 8th day of October, 2019.

MULLINS & TRENCHAK, ATTORNEYS
AT LAW

 _/s/ Philip J. Trenchak_____
Philip J. Trenchak, Esq.
Nevada Bar No. 009924
Victoria C. Mullins, Esq.
Nevada Bar No. 013546
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Marisa Clark*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __9__ day of __October__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE