PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Marisa Clark*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISA CLARK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> EASTER SEALS NEVADA, a domestic corporation; CHRISTINE ZACK, an individual; BRIAN PATCHETT, an individual; <br><br> Defendants. | CASE NO.: 2:19-cv-00941-APG-NJK <br><br> **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPONSE TO THE DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> **[FIRST REQUEST]** |

Plaintiff, MARISA CLARK (hereinafter "Plaintiff"), by and through her attorneys, Philip J. Trenchak, Esq. and Victoria C. Mullins, Esq., of Mullins & Trenchak, Attorneys at Law and Defendants EasterSeals Nevada, Christine Zack, and Brian Patchett by and through Sheri M .Thome, Esq. and Chris Richardson, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. do hereby stipulate to extend the time Plaintiff has to file A Response to The Defendant's Motion to Dismiss [Docket No. 45] the Second Amended Complaint [Docket No. 33]. The Response is currently due on November 12, 2019. The parties do hereby stipulate to a two (2) day extension which would give Plaintiff up to and including

November 14, 2019 to file a Response to the Motion to Dismiss the Second Amended Complaint.

Dated this 12th day of November, 2019.

DATED this 12th day of November, 2019.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/Sheri M. Thomas
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants Easter Seals Nevada, Christine Zack and Brian Patchett*

DATED this 12th day of November, 2019.

MULLINS & TRENCHAK, ATTORNEYS AT LAW

/s/Phil J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 009924
Victoria C. Mullins, Esq.
Nevada Bar No. 013546
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Marisa Clark*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 13, 2019.

2