PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Marisa Clark*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISA CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EASTER SEALS NEVADA, a domestic corporation; CHRISTINE ZACK, an individual; BRIAN PATCHETT, an individual;<br><br>Defendants. | CASE NO.: 2:19-cv-00941-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS BRIAN PATCHETT AND CHRISTINE ZACK WITH PREJUDICE** |

Plaintiff, MARISA CLARK (hereinafter "Plaintiff"), by and through her attorneys, Philip J. Trenchak, Esq. and Victoria C. Mullins, Esq., of Mullins & Trenchak, Attorneys at Law and Defendants EasterSeals Nevada, Christine Zack, and Brian Patchett by and through Sheri M .Thome, Esq. and Chris Richardson, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. do hereby stipulate to Dismiss Brian Patchett and Christine Zack with prejudice.

///

///

1

This stipulation is filed pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and attorney fees.

Dated this 13th day of November, 2019.

| DATED this 13th day of November, 2019. | DATED this 13th day of November, 2019. |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | MULLINS & TRENCHAK, ATTORNEYS AT LAW |
| /s/Sheri M. Thome | /s/Philip J. Trenchak |
| Sheri M. Thome, Esq.<br>Nevada Bar No. 008657<br>Chris Richardson, Esq.<br>Nevada Bar No. 009166<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Christine Zack and Brian Patchett* | Philip J. Trenchak, Esq.<br>Nevada Bar No. 009924<br>Victoria C. Mullins, Esq.<br>Nevada Bar No. 013546<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff Marisa Clark* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 13, 2019.