# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARISA CLARK,

    Plaintiff

v.

EASTER SEALS NEVADA, et al.,

    Defendant

Case No.: 2:19-cv-00941-APG-NJK

**Order Denying Motion to Dismiss and Stipulation as Moot**

[ECF Nos. 45, 54]

In light of the parties' settlement (ECF No. 53),

I ORDER that the motion to dismiss **(ECF No. 45)** and related stipulation for extension of time **(ECF No. 54) are DENIED as moot**.

DATED this 18th day of November, 2019.

                                  
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE