PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff,
*Marisa Clark*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARISA CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EASTER SEALS NEVADA, a domestic corporation;<br><br>Defendants. | CASE NO.: 2:19-cv-00941-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER FOR A STATUS CONFERENCE ON SETTLEMENT REACHED DURING THE EARLY NEUTRAL EVALUATION SESSION THAT WAS HELD ON NOVEMBER 12, 2019** |

Plaintiff, MARISA CLARK (hereinafter "Plaintiff"), by and through her attorney, Philip J. Trenchak, Esq. of Mullins & Trenchak, Attorneys at Law and Defendant Easter Seals Nevada, by and through Sheri M .Thome, Esq. and Chris Richardson, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. do hereby stipulate to meet with Judge Weksler to discuss issues that have arisen with the settlement entered into on November 12, 2019. Judge Weksler was the Early Neutral Evaluation Judge during the ENE which took place on November 12, 2019.

///

///

///

1

Good cause exists for the in-person conference with Judge Weksler. Judge Weksler offered assistance to the parties if any issues arose with the settlement.

Dated this 16th day of December, 2019.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**

/s/Sheri Thome, Esq
Sheri Thome, Esq.
Nevada State Bar No. 8657
300 Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: (702) 727-1400
Sheri.thome@wilsonelser.com
*Attorney for Defendant*

**IT IS HEREBY ORDERED that the parties' stipulation (ECF No. 56) is GRANTED. IT IS FURTHER ORDERED that a hearing is set for 12/23/2019 at 2:00 PM in LV Courtroom 3B. Plaintiff must personally attend the hearing.**

IT IS SO ORDERED on December 17 _____, 2019.

_____
U.S. Magistrate Judge

2