PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff,
*Marisa Clark*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARISA CLARK, an individual, | CASE NO.: 2:19-cv-00941-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| EASTER SEALS NEVADA, a domestic corporation; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

/ / /

/ / /

/ / /

1

attorneys' fees and costs.

Dated this 27th day of December, 2019.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**

/s/Sheri Thome, Esq
Sheri Thome, Esq.
Nevada State Bar No. 8657
300 Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: (702) 727-1400
Sheri.thome@wilsonelser.com
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED this 30th day of December 2019.

_____
United States District Judge